# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 16-cv-00515-REB

KENNETH BARNES

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING MOTION FOR SENTENCE SIX REMAND

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Remand the Case to the Agency Pursuant to Sentence Six of 42 U.S.C. § 405(g)** [#12],[1] filed April 27, 2016. I grant the motion and remand this case to the agency.

Under sentence six of the 42 U.S.C. § 405(g), the court may "order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding." Based on the averments of the motion, I find and conclude that this standard is satisfied and remand therefore is appropriate.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1.  That **Defendant's Unopposed Motion To Remand the Case to the Agency Pursuant to Sentence Six of 42 U.S.C. § 405(g)** [#12], filed April 27, 2016, is granted; and

2.  That this case is remanded to the agency for further proceedings.

Dated April 27, 2016, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge